1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CHINHAYI J. COLEMAN (CSBN 194542)
   JONATHAN U. LEE (CSBN 148792)
4  Assistant United States Attorneys

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7073
       FAX: (415) 436-6748
7
   Attorneys for Defendant, UNITED STATES OF AMERICA
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
   SHENIA CHAVERS,                )   No.   C 03-02120 SC
13                                )        *(Consolidated with C 03-01451 SC)*
          Plaintiff,               )
14                                )   STIPULATION AND [PROPOSED]
       v.                          )   ORDER FOR DISMISSAL WITH
15                                )   PREJUDICE OF CASE C 03-02120
   UNITED STATES OF AMERICA.      )
16                                )
          Defendant.               )
17                                )
   _____ )
18

...

28
   STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
   C 03-02120 SC

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff Shenia Chavers
2. and Defendant United States of America, stipulate to the dismissal with prejudice of <u>Shenia Chavers v. United States</u>, Northern District of California case number C 03-02120 SC. Each
4. party will bear its own costs.

LAW OFFICES OF JAYNELLE K. BELL

Dated: August 8, 2005

*Jaynelle Bell*

JAYNELLE K. BELL
Attorney for Plaintiff Shenia Chavers

Dated: August 0, 2005

KEVIN V. RYAN
United States Attorney

*[signature]*

CHINHAYI J. COLEMAN
JONATHAN U. LEE
Assistant United States Attorneys
Attorneys for Defendant

<del>[PROPOSED]</del> ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 16, 2005

THE HONORABLE SAMUEL CONTI
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti signature]*

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
03-02120 SC

2